Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

District of Colun

Case: 1:25-cv-04522 JURY DEMAND
Assigned To : Cobb, Jia M.
Assign. Date : 12/29/2025
Description: Pro Se Gen. Civ. (F-DECK)

__Phillip A. Hooker__
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Navy Federal Credit Union__
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Phillip A. Hooker
Street Address: 4675 Benning Rd SE #B
City and County: Washington, DC
State and Zip Code: DC, 20019
Telephone Number: 202 828 0802
E-mail Address: PKPLLC@icloud.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Navy Federal Credit Union
- Job or Title (if known):
- Street Address: 820 Follin Lane SE
- City and County: Vienna, Fairfax County
- State and Zip Code: Virginia 22180
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*15 U.S.C 1681 et seq. (Fair Credit Reporting Act)*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Statement of claim ~~Cause of action~~ (Attachment B)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_See attached - Relief (Attachment C)_

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/29/25

Signature of Plaintiff

Printed Name of Plaintiff: Phillip A. Hooker

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Phillip Antoine Hooker, Plaintiff
v.
Navy Federal Credit Union, Defendant

**ATTACHMENT A – CAUSE OF ACTION**

1. This action arises under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

2. Navy Federal Credit Union is a furnisher of information to consumer reporting agencies within the meaning of the Fair Credit Reporting Act.

3. After receiving notice of Plaintiff's disputes from consumer reporting agencies, Navy Federal had a statutory duty under 15 U.S.C. § 1681s-2(b) to conduct a reasonable investigation, review all relevant information, and correct or delete inaccurate information.

4. Navy Federal failed to conduct a reasonable investigation and continued to furnish inaccurate information, including reporting the account as settled for less than full and reporting improper late payment remarks.

5. Navy Federal's violations were negligent and willful, entitling Plaintiff to relief under 15 U.S.C. §§ 1681n and 1681o.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Phillip Antoine Hooker, Plaintiff
v.
Navy Federal Credit Union, Defendant

**ATTACHMENT B – STATEMENT OF CLAIM**

1. Plaintiff maintained a credit card account with Navy Federal Credit Union. In or about 2021, Plaintiff initially discussed settling the account for a lesser amount. By January 2022, Plaintiff paid the account in full, including amounts previously treated as canceled debt, and received a Form 1099-C for the canceled portion.

2. Despite the account being paid in full, Navy Federal continued to report the account as settled for less than full. Plaintiff disputed the accuracy of this reporting directly with Navy Federal and through consumer reporting agencies.

3. Navy Federal failed to correct the inaccurate reporting and continued furnishing the same information after receiving notice of Plaintiff's disputes.

4. In August 2022, Navy Federal conducted a credit review reflecting the inaccurate reporting and presented auto loan terms based on that review. Plaintiff did not sign the promissory note because the loan terms were based on inaccurate credit information.

5. After Plaintiff withheld performance while seeking correction of the reporting, Navy Federal reported 30 and 60 day late payment remarks, despite Plaintiff having no prior history of late payments.

6. As a result of the inaccurate reporting, Plaintiff suffered credit harm, including credit score loss, adverse lending decisions, and forced refinancing under less favorable terms.

7. After repeated disputes and CFPB complaints, Navy Federal removed the late payment remarks and deleted its reporting from TransUnion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Phillip Antoine Hooker, Plaintiff
v.
Navy Federal Credit Union, Defendant

**ATTACHMENT C – RELIEF**

1. A declaration that Navy Federal Credit Union violated the Fair Credit Reporting Act.

2. An order requiring permanent deletion of any remaining inaccurate credit reporting related to Plaintiff.

3. An award of actual damages for financial loss, credit harm, and emotional distress in an amount to be proven at trial.

4. An award of statutory damages as permitted by law.

5. An award of punitive damages for willful or reckless noncompliance.

6. An award of costs and any other relief the Court deems just and proper.